# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

**Robert J. Orozco,**

              **Plaintiff,**

**-vs-**                                                                                                         **Case No. C-2-05-747**

**City of Obetz, Police Deparment, et al,**

              **Defendant.**

---

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED**

Pursuant to an Order dated August 17, 2005, the plaintiff's motion for a TRO is DENIED and the case is DISMISSED *sua sponte* for lack of subject matter jurisdiction.


Date: August 18, 2005                                       JAMES BONINI, CLERK

                                                                         By: s/Lisa V. Wright, Deputy Clerk